IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**SAMUEL MALDONADO,**

    *Plaintiff*,

v.                                              Case No.: 4:21cv381-MW/MAF

**D. ARNOLD,**

    *Defendant.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's motion for injunctive relief, ECF No. 1, is **DENIED** and this case is **DISMISSED without prejudice** because Plaintiff's action is precluded by 28 U.S.C. § 1915(g)." The Clerk

shall close the file.

**SO ORDERED on October 26, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
